UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: C 08-1045 PVT <br><br> **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO CONDUCT EARLY DISCOVERY** |

Based on the Plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery,[1] the Declaration of Carlos Linares, and the accompanying Memorandum of Law, and the file herein,

IT IS HEREBY ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz ("UC Santa Cruz") to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED that Plaintiffs shall serve on UC Santa Cruz a copy of this

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

order along with the subpoena. Plaintiff shall ask UC Santa Cruz to notify Defendant (and his parents, if required under Section 1232g(b)(2)(B)) of the subpoena, and to provide Defendant with a reasonable opportunity to object, before complying with the subpoena.

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: *3/11/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge