1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  UMG RECORDINGS, INC.; SONY BMG
   MUSIC ENTERTAINMENT; CAPITOL
8  RECORDS, INC.; WARNER BROS.
   RECORDS INC.; and ARISTA RECORDS
9  LLC
10
11                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                       SAN JOSE DIVISION
13
14  VIRGIN RECORDS AMERICA, INC., a          CASE NO. 5:08-CV-01045-PVT
    California corporation; UMG RECORDINGS,
15  INC., a Delaware corporation; SONY BMG   Honorable Patricia V. Trumbull
    MUSIC ENTERTAINMENT, a Delaware
16  general partnership; CAPITOL RECORDS,    **NOTICE OF VOLUNTARY DISMISSAL**
    INC., a Delaware corporation; WARNER     **WITHOUT PREJUDICE**
17  BROS. RECORDS INC., a Delaware
    corporation; and ARISTA RECORDS LLC, a
18  Delaware limited liability company,
19
20              Plaintiffs,
21        v.
22
    JOHN DOE,
23              Defendant.
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-01045-PVT
#37954 v1

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Virgin Records, *et al*., by and through

2  their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against

3  Defendant John Doe, also identified as ID # 132019188 with IP address 169.233.32.5 2007-06-06

4  17:08:51 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is respectfully

5  requested to close this case..

6  Dated:  May 30, 2008                                HOLME ROBERTS & OWEN LLP

7

8                                                     By:  _____*/s/ Matthew Franklin Jaksa*___
                                                          MATTHEW FRANKLIN JAKSA
9                                                         Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 5:08-cv-01045-PVT
#37954 v1